IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANADARKO PETROLEUM CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> HILTON PETROLEUM, INC., et al., <br><br> Defendant. | No. CV-F-04-5827 REC/DLB <br><br> ORDER DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL DECLARATION |

In connection with plaintiff's motion for default judgment, plaintiff avers that the operator named in the East Lost Hills Exploration Agreement was Berkley Petroleum Corp. and that plaintiff took over Berkley Petroleum Corp.'s role as the operator when it acquired the stock of Berkley Petroleum Corp. However, from the court's review of the East Lost Hills Exploration Agreement, it appears that the operator of the "test well" was Bellevue Resources, Inc.

Because of this apparent discrepancy between the terms of

1

1 the East Lost Hills Exploration Agreement and the averments
2 presently before the court, the court requires plaintiff to file
3 a supplemental declaration explaining this discrepancy, if in
4 fact it is a discrepancy.  Plaintiff's supplemental declaration
5 shall be filed on or before Monday, November 14, 2005.  All
6 further proceedings shall be by order of this court.
7      IT IS SO ORDERED.
8 **Dated:  November 7, 2005**              /s/ Robert E. Coyle
  668554                              UNITED STATES DISTRICT JUDGE